Irviljo Butterworth Enderle, Victoria Hall, and Joyce Butterworth, a Minor, by Irviljo Butterworth Enderle, her Mother and Next Friend, Plaintiffs-Appellants, v. Ronald Lindsay, Defendant-Appellee.

Gen. No. 10,685.

L. W. Menzimer, for appellants; Dale F. Conde, of counsel; Maynard & Maynard, for appellee; James F. Maynard, of counsel. *Per curiam.* **Not to be published in full.** Opinion filed September 22, 1953; released for publication October 9, 1953.